IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES BUSTAMANTE,

     Petitioner,          No. CIV S-08-2105 DAD P

  vs.

D. ADAMS,

     Respondent.       ORDER
_____/

       Petitioner has requested an extension of time to file his opposition to respondent's motion to dismiss, filed on December 16, 2008. Good cause appearing, the request will be granted. In addition, the court will direct the Clerk of the Court to serve the court's form regarding consent or request for reassignment on respondent's counsel.

       Accordingly, IT IS HEREBY ORDERED that:

       1. Petitioner's January 15, 2009 request for an extension of time (Docket No. 10) is granted;

       2. Petitioner is granted thirty days from the date of this order in which to file his opposition to respondent's motion to dismiss, filed on December 16, 2008; and

/////

/////

1

3. The Clerk of the Court is directed to serve the court's form regarding consent or request for reassignment on respondent's counsel.

DATED: January 28, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
bust2105.111

2