IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES BUSTAMANTE,

    Petitioner,               No. CIV S-08-2105 JAM DAD P

    vs.

D. ADAMS,

    Respondent.           ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's October 16, 2009 dismissal of this action as barred by the statute of limitations. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

        A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

/////

1

court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

      Petitioner has made a substantial showing of the denial of a constitutional right in the following issue(s) presented in the instant petition:  whether petitioner's habeas petition was barred by the statute of limitations, and whether the statute of limitations begins to run when petitioner discovered the impact of his guilty plea.

      Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued in the present action.

DATED:   January 4, 2010

                                                  /s/ John A. Mendez
                                                  UNITED STATES DISTRICT JUDGE

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause.  <u>Jennings</u>, at 1010.